FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY STEPHEN HARMAS; and<br>ESTATE OF DALE WOOD,<br><br>　　　　Defendant. | No. 4:21-CV-05086-SAB<br><br>**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** |

　　　Before the Court is the United States' Motion for Default Judgment as to Gary Stephen Harmas, ECF No. 16. The Motion was considered without oral argument. The United States is represented by Brian Donovan. The Estate of Dale Wood is represented by Christopher Varallo and Emily Hazen.

　　　Having reviewed the Motion for Default, ECF No. 16, the parties' Stipulation Foreclosing Interest of Defendant Estate of Dale Wood, ECF No. 12, the Clerk's Order of Default, ECF No. 15, and applicable caselaw, the Court is fully informed and hereby grants the Motion for Default Judgment as to Defendant Gary Stephen Harmas.

//
//
//
//

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Default Judgment as to Gary Stephen Harmas, ECF No. 16, is **GRANTED**.

2. The scheduling conference set for December 9, 2021 is **STRICKEN**.

3. Plaintiff has a valid and enforceable criminal restitution judgment lien arising out of the conviction of Defendant Gary Stephen Harmas in the criminal case *United States v. Gary S. Harmas*, 2:07-CR-06022-FVS-001, in which Defendant Harmas was ordered to pay restitution in the amount of $310,733.79. As of November 3, 2021, Defendant Harmas owes $297,480.79 in outstanding criminal restitution.

4. The criminal restitution debt upon which this judgment is based has been secured and perfected by the following:

    a. A criminal judgment lien recorded February 27, 2008, under Auditor's File No. 2008-01729, Official Records of Walla Walla County, Washington.

5. The foregoing lien covers the following described real property situated in Walla Walla County, State of Washington (ECF No. 1, Ex. C), located at 1621 Beet Road, Walla Walla, Washington, with the following legal description:

    a. Lot C-3 of Short Plat filed in Volume 2 of Short Plats at Page 239, under Auditor's File Number 9309576, Walla Walla County, Washington. Assessor's Parcel No. 35-06-15-11-0027.

6. The criminal restitution lien described in paragraph 4 above is hereby foreclosed. Defendants and all persons claiming by, through or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said real property, except for the statutory rights to surplus funds, if any, provided by law.

7. The interests of all Defendants are inferior to the interest of the United States.

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *2

8. After the 10-day automatic stay of proceedings to enforce a judgment, Plaintiff may present a motion for an order of sale.

9. The United States Marshal for the Eastern District of Washington or their representative will be authorized and directed under 28 U.S.C. §§ 2001 and 2002 to offer for public sale and to sell the real property listed in paragraph 5. The United States Marshal or his/her representative will be authorized free access to the real property and to take all actions necessary to preserve the real property, including, but not limited to, retaining a locksmith or other person to change or install locks or other security devices on any part of the real property, until the deed to the real property is delivered to the purchaser at the foreclosure sale.

10. The United States or any party to the suit may become a purchaser at the sale and the United States Marshal shall execute a Marshal's Certificate of Purchase to the real property in favor of the purchaser, and the purchaser will be let into possession of the premises upon production of the Marshal's Certificate of Purchase. In the event the United States is a successful bidder on the property, it shall have the right to apply its judgment credits in lieu of cash thereon, and the United States Marshal is authorized to accept such an arrangement.

11. The terms of the Order of Sale shall be as follows:

   a. The sale of the real property shall be free and clear of the interest of Defendant The Estate of Dale Wood and Defendant Gary Stephen Harmas, except to the extent that the Defendant Estate has a right to excess funds under RCW § 6.21.

   b. The sale shall be made with no redemption period.

   c. The sale shall be subject to building lines, if established; all laws, ordinances, and governmental regulations (including building and zoning ordinances) affecting the real property; and easements and restrictions of record, if any.

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *3

d. The Sale shall be held at the courthouse of the county in which the real property is located, on the real property's premises, or at any other place in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002, and shall be announced in the Notice of Sale. The date and time for sale are to be announced by the United States Marshal, or his/her representative, in the Notice of Sale.

e. The Notice of Sale shall be published once a week for at least four consecutive weeks before the sale in at least one newspaper regularly issued and of general circulation in Walla Walla County, and, at the discretion of the Marshal or his/her representative, by any other notice deemed appropriate. The notice shall contain a description of the real property; the time, date, and location of the sale as determined by the United States Marshal or his/her representative; the minimum bid as determined by the Unites States; and the terms and conditions of sale listed in subparagraphs f-l below.

f. The minimum bid for the Real Property will be set by the United States. If the minimum bid is not met or exceeded, the Marshal or his/her representative, with concurrence of the United States, may without further permission of this Court, and under the terms and conditions in this order of sale, hold a new public sale, if necessary, and reduce the minimum bid as set by the United States, or sell to the highest bidder.

g. The successful bidder for the real property shall be required to deposit at the time of the sale with the Marshal, or his/her representative, a minimum of ten percent (10%) of the bid, with the deposit to be made by certified or cashier's check payable to the United States District Court for the Eastern District of Washington, or cash. Before being permitted to bid at the sale, bidders shall display to

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *4

the Marshal, or his/her representative, proof that they are able to comply with this requirement. No bids will be received from any person(s) who have not presented proof that, if they are the successful bidder(s), they can make the deposit required by this order of sale.

h. The balance of the purchase price for the real property is to be paid to the United States Marshal within twenty (20) days after the date the bid is accepted, by a certified or cashier's check payable to the United States District Court for the Eastern District of Washington. If the bidder fails to fulfill this requirement, the deposit shall be forfeited and shall be applied to cover the expenses of the sale, including commissions due under 28 U.S.C. § 1921(c), with any amount remaining to be applied to the Judgment at issue herein. The real property shall again be offered for sale under the terms and conditions of this order of sale, or, in the alternative, sold to the second highest bidder if consented to by the United States.

i. The sale of the real property shall be subject to confirmation by this Court. The Marshal shall file a report of sale with the Court, together with a proposed order of confirmation of sale and proposed deed, within thirty (30) days from the date of receipt of the balance of the purchase price.

j. On confirmation of the sale, the Marshal shall execute and deliver a deed of judicial sale conveying the real property to the purchaser.

k. On confirmation of the sale, all interests in, liens against, or claims to, the real property and appurtenances that are held or asserted by all parties to this action are discharged and extinguished, except to the extent that any Defendant has rights to surplus funds.

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *5

      l. On confirmation of the sale, the recorder of deeds, Yakima County, Washington, shall cause transfer of the real property and appurtenances to be reflected upon that county's register of title.

      m. The sale shall be "as is" without warranty of any kind.

12. Until the real property is sold, all Defendants shall take all reasonable steps necessary to preserve the real property (including all buildings, improvements, fixtures and appurtenances on the real property) in their current condition including, without limitations, maintaining a fire and casualty insurance policy. They shall neither commit waste against the real property nor cause nor permit anyone else to do so. They shall neither do anything that tends to reduce the value or marketability of the real property nor cause nor permit anyone else to do so. They shall not record any instruments, publish any notice, or take any other action (such as running newspaper advertisements or posting signs) that may directly or indirectly tend to adversely affect the value of the real property or that may tend to deter or discourage potential bidders from participating in the public auction, nor shall they cause or permit anyone else to do so.

13. All persons occupying the real property shall leave and vacate the real property permanently within thirty (30) days of the date of this Order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the real property). If any person fails or refuses to leave and vacate the property by the time specified in this Order, the United States Marshal's Office is authorized to take whatever action it deems appropriate to remove such person from the premises. Specifically, the United States Marshal (or his/her designee) is authorized and directed to take all actions necessary to enter the real property at any time of the day or night and evict and eject all unauthorized persons located there, including Defendants, or any other occupants. To accomplish this and to otherwise enforce this Order, the United States Marshal (or his/her designee) shall be authorized to enter the real property and any and all

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *6

structures and vehicles located thereon, and to use force as necessary. When the United States Marshal concludes that all unauthorized persons have vacated, or been evicted from the property, he/she shall relinquish possession and custody of the property to the United States or its designee. No person shall be permitted to return to the property and/or remain thereon without the express written authorization by the United States Marshal and/or the United States Department of Justice, or their respective representatives and/or designees. Unauthorized persons who re-enter the real property during the time this order is in effect may be ejected by the United States Marshal without further order of the Court.

14. If any person fails or refuses to remove his or her personal property from the real property by the time specified herein, the personal property remaining on the real property thereafter is deemed forfeited and abandoned, and the United States Marshal's Office is authorized to remove it and to dispose of it in any manner it deems appropriate, including sale, in which case the proceeds of the sale are to be applied first to the expenses of sale and the balance to be paid into the Court for further distribution.

15. The proceeds arising from sale are to be paid to the Clerk of this Court and applied as far as they shall be sufficient to the following items, in the order specified:

    a. To the United States for the costs of the sale, including the costs and commissions of the United States Marshal and any professional auctioneer if retained and the costs of advertising, selling, and conveying the property incurred by the Government.

    b. To the outstanding criminal restitution judgment owed by Defendant Harmas in the criminal case *United States v. Gary S. Harmas*, 2:07-CR-06022-FVS-001.

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *7

c. Any balance remaining after the above payments shall be held by the Clerk's Registry to be disbursed to whoever may be lawfully entitled to any surplus funds.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 8th day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**DEFAULT JUDGMENT AND ORDER OF FORECLOSURE** *8